IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LANA GREER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00032-O-BP |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant is **ORDERED** to pay Plaintiff Lana Greer and mail to her attorney, Michael T. Kelly, Morgan & Weisbrod, P.O. Box 821329, Dallas, TX 75243, attorney fees under the Equal Access to Justice Act in the total amount of $7,154.53 for 33.85 hours of service in 2021 and 2022 at the hourly rate of $211.36, and receive reimbursement of the court filing fee in the amount of $402.00, payable from the Judgment Fund by the Department of the Treasury under 31 U.S.C. § 1304, for a total award of $7,556.53.

**SO ORDERED** this **26th** day of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE